IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  December 13, 2012 |
| Court Reporter:       Gwen Daniel | Probation: Patrick Lynch and Patrick Hanley |

_____

| | |
|---|---|
| Criminal Action No.   12-cr-00054-9 | *Counsel:* |
| UNITED STATES OF AMERICA, | Michele Korver |
| Plaintiff, | |
| v. | |
| JOE OTHON AVILA, | Richard Bednarski |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

08:05 a.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Korver)

Sentencing Statement (by Mr. Bednarski)

The defense filed some objections at ECF No. 331.  Mr. Bednarski confirms that these objections are no longer relevant.

The Court finds that under Rule 32(i) that the defendant's objections will not affect sentencing; therefore, no ruling on the objections is necessary.

**ORDERED:** **There being no objection to the Motion for Three Offense Level Decrease Pursuant to U.S.S.G. § 3E1.1(a) and (b) (ECF No. 336), the Motion is GRANTED**.

**ORDERED:** **There being no objection to the United States Motion to Dismiss Count 1 of the Superseding Indictment as to Defendant Avila (ECF No. 337), the Motion is GRANTED.  Count One of the Superseding Indictment, as well as all counts of the original Indictment, as to Defendant 9, are dismissed.**

**ORDERED:** **The United States §5K1.1 Motion for Downward Departure Based on Substantial Assistance (ECF No. 335) is GRANTED**.

Defendant's Allocution

Discussion concerning defendant's bond conditions

> On September 14, 2012 the defendant plead guilty to Count Ten of the Superseding Indictment, a violation of Title 21, United States Code, Section 843(b), and admitted to the forfeiture allegation.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Joe Othon Avila, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months.**

   **In serving this term of incarceration, the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention**.

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of one year.**

**ORDERED:** **Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer**.

**ORDERED:** **Special Conditions of Supervised Release:**

**The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as approved by the probation officer until such time as the defendant is released from the program by the probation officer.**

**The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer**.

**Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, as well as the defendant's admission to the forfeiture allegation contained in Count Ten of the Superseding Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense**.

**ORDERED:** **The special assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:** **Defendant may surrender voluntarily as follows**: **Report to the facility designated by the director of the Bureau of Prisons on Friday, January 25, 2013 at 12:00 noon.**

**In addition to the house arrest program and the conditions placed in that program by the probation officer,**

**ORDERED:** **DEFENDANT'S BOND IS CONTINUED contingent on all the**

        **conditions imposed originally by the Magistrate Judge's Order Setting Conditions of Release.**

Defendant advised of his right to appeal the sentence and in very limited circumstances, his conviction by guilty plea.

| | |
|---|---|
| 08:45 a.m. | Court in Recess |
| | Hearing concluded |
| | Time: 40 minutes |